UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR PIERRE | CIVIL ACTION |
| VERSUS | NO. 24-2484 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (1) |

## ORDER

The Court has reviewed the amended complaint,[1] the record, the applicable law, and Magistrate Judge Janis van Meerveld's Report and Recommendation ("R&R").[2] On April 17, 2025, Magistrate Judge van Meerveld issued an R&R, recommending that the Court dismiss without prejudice plaintiff's complaint because plaintiff has failed to abide by the Court's order and respond to defendant's outstanding discovery requests.[3] Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that

---

[1]  R. Doc. 16.
[2]  R. Doc. 31.
[3]  *Id.* at 3.

1

there is no clear error on the face of the record in order to accept the recommendation.").

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court DISMISSES WITHOUT PREJUDICE that plaintiff's complaint for want of prosecution.

New Orleans, Louisiana, this __12th__ day of May, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE